In the Matter of the Application of ESTHER RUTH HALPERN and THEODORE HALPERN, Petitioners, for an Order of Certiorari against THOMAS W. WHITTLE and Others, Composing the Board of Assessors of the City of New York, and FRANK J. TAYLOR and Others, Composing the Board of Revision of Assessments of the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 23.] The following questions are certified:

1. Was the determination of the respondents, refusing to entertain petitioners' claim for damages for change of grade, proper?  2. In view of section 944 of the Greater New York Charter, had the Appellate Division power to make the order appealed from?  Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.